IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ARTISAN AND TRUCKERS CASUALTY COMPANY**, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>**VENDORS ARE WE, LLC**, an Oregon corporation; **SETH SAIDMAN**, an individual,<br><br>Defendant. | Case No. 3:21-cv-00208-AC<br><br>**ORDER** |

Eric Jay Neal and Thomas Lether, Lether Law Group, 1848 Westlake Avenue N., Suite 100, Seattle, WA 98109; Westin T. McLean, Bullivant Houser Bailey PC, 925 Fourth Avenue, Suite 3800, Seattle, WA 98104. Attorneys for Plaintiff.

**IMMERGUT, District Judge.**

On August 19, 2021, Magistrate Judge John V. Acosta issued his Findings and Recommendation ("F&R"). ECF 18. The F&R recommends that this Court grant Plaintiff Artisan and Truckers Casualty Company's Motion for Default Judgment. ECF 13. No party filed objections. For the following reasons, the Court ADOPTS Judge Acosta's F&R.

PAGE 1 – OPINION AND ORDER

## STANDARDS

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, sua sponte" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge Acosta's conclusions. The F&R, ECF 18, is adopted in full. Plaintiff's Motion for Default Judgment, ECF 13, is GRANTED.

**IT IS SO ORDERED**.

DATED this 3rd day of November, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge